■ UTICA LAND EQUITIES LLC, Plaintiff, v UTICA HOLDING COMPANY, Defendant/Counterclaim Plaintiff-Respondent. COOLIDGE UTICA LLC, Counterclaim Defendant-Appellant. (Appeal No. 1.) [896 NYS2d 706]—Appeal from an order of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered March 26, 2009. The order, inter alia, held counterclaim defendant in civil and criminal contempt.

Now, upon reading and filing the stipulation withdrawing and discontinuing appeals signed by the attorneys for the parties on March 11 and 18, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley, Pine and Gorski, JJ.

■ UTICA LAND EQUITIES LLC, Plaintiff, v UTICA HOLDING COMPANY, Defendant/Counterclaim Plaintiff-Respondent. COOLIDGE UTICA LLC, Counterclaim Defendant-Appellant. (Appeal No. 3.) [896 NYS2d 915]—Appeal from an order of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered January 5, 2009. The order, inter alia, held counterclaim defendant in civil and criminal contempt.

Now, upon reading and filing the stipulation withdrawing and discontinuing appeals signed by the attorneys for the parties on March 11 and 18, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley, Pine and Gorski, JJ.